# THE LAW OFFICES OF
# Craig P. Curcio

Craig P. Curcio
———
Ryan Bannon
Robert T. Dore
Louis K. Szarka
Eric M. Valentin
Chandel M. Rispin
Patryk Zalewski

384 Crystal Run Road, Suite 202
Middletown, NY 10941
[phone] -7000
[fax] -7500
[web] w.com

> Application granted. Defendant's motion for summary judgment shall be served, not filed, on 3/17/25; Plaintiff's opposition shall be served, not filed, on 4/16/25; Defendant's reply shall be served on 4/30/25; and all papers shall be filed on the reply date, 4/30/25.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 23.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         March 3, 2025

Via E-File Only
Hon. Phillip M. Halpern
United States District Court
Court Room 520
300 Quarropas St.
White Plains, New York 10601-4150

Re:   Lachenal v. Minisink Valley Central School District
      Civil Action No.: 7:24-cv-02497
      Our File No.: 400-135

Dear Judge Halpern:

This letter is to request an adjournment of the due date for defendant's motion for summary judgment that is to be filed by March 3, 2025. The reason for this request for adjournment is that new evidence has been discovered today, February 28, 2025, that is paramount to the defendant's position. The evidence will be an affidavit from a non-party witness and will be attached to defendant's motion for summary judgment. Therefore, if the Rule 56.1 statement needs to be amended, defendant will do so and provide the new evidence to plaintiff. Defendant requests a 14-day adjournment of the motion filing date or any further or different relief this court deems just and proper.

Defendant has not requested an adjournment until now. Plaintiff has consented to the adjournment.

Thank you for your attention herein and we will await the Court's response.

Respectfully,

Robert T. Dore
Robert T. Dore, Esq